# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AM/NS CALVERT LLC**, et al. | CASE NO. 1:24-cv-09108 |
| Plaintiffs, | JUDGE JEFFREY I. CUMMINGS |
| v. | MAGISTRATE JUDGE GABRIEL A. FUENTES |
| **PARAGON INDUSTRIES, INC.** | |
| Defendant. | |

## NOTICE OF PROOF OF SERVICE

Plaintiffs AM/NS Calvert LLC and AM/NS Calvert Receivables LLC (collectively "Calvert"), by and through their undersigned counsel, hereby provide notice that they have successfully served Defendant Paragon Industries, Inc. with service of process on October 2, 2024, via its statutory agent: CT Corporation System, 1833 South Morgan Road, Oklahoma City, OK 73128. An Affidavit of Service of both the Summons and the Complaint is attached hereto as **EXHIBIT A**.

Dated: October 2, 2024					Respectfully submitted,

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLC**

*/s/ Johanes Maliza*
Johanes Maliza
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone:	(312) 212-4949
Facsimile:	(312) 767-9192
jmaliza@beneschlaw.com

*-and-*

Andrew G. Fiorella
(*Pro hac vice* forthcoming)
Vincent J. Michalec
(*Pro hac vice* forthcoming)
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378

Telephone:	(216) 363-4500
Facsimile:	(216) 363-4588
afiorella@beneschlaw.com
vmichalec@beneschlaw.com

*Attorneys for Plaintiffs AM/NS Calvert LLC
and AM/NS Calvert Receivables LLC*