**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: AM/NS Calvert LLC, et al. v. Paragon Industries, Inc.

Case Number: 1:24-cv-09108

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs AM/NS Calvert LLC and AM/NS Calvert Receivables LLC

Attorney name (type or print): Andrew G. Fiorella

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 127 Public Square, Suite 4900

City/State/Zip: Cleveland, OH 44114

Bar ID Number: 0077005 (Ohio)
(See item 3 in instructions)

Telephone Number: 216-363-4453

Email Address: afiorella@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 21, 2024

Attorney signature: S/ *[signature]*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023